No. 17,685.

Gustavis A. Billstrom v. Consolidated Finance
Corporation.
(289 P. [2d] 642)

Decided November 7, 1955.

Mr. Martin Zerobnick, Mr. Lawrence Litvak, for
plaintiff in error.

No appearance for defendant in error.

*En Banc.*

Per Curiam.

Judgment affirmed without written opinion.